UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SHANNON CURTIS,**

       **Plaintiff,**                            **CASE NO. 8:18-cv-1051-T-17CPT**

vs.

**GALEN OF FLORIDA, INC.,**
**d/b/a SAINT PETERSBURG GENERAL**
**HOSPITAL**

       **Defendant.**
_____/

## **PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff, Shannon Curtis, hereby dismisses the above-captioned action with prejudice, each party to bear their own attorneys' fees and costs.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

                                      Respectfully submitted,

                                      /s/ *Jon Dubbeld*_____
                                      Jon P. Dubbeld, Esq.
                                      Fla. Bar No. 105869
                                      Berkowitz & Myer
                                      4900 Central Ave
                                      St. Petersburg, Florida 33707
                                      Telephone:  (727) 344-0123
                                      Jon@berkmyer.com
                                      *Attorneys for Plaintiff*